1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
9              AT TACOMA

10  VICKIE L. ECKERLE,
11                              CASE NO.    C05-5682JKA
              Plaintiff,
12
         v.                     ORDER GRANTING
13                              PLAINTIFF'S APPLICATION TO
    JO ANNE B. BARNHART, Commissioner of    PROCEED *IN FORMA PAUPERIS*
14  Social Security,

15            Defendant.

16

17      Plaintiff's application to proceed *in forma pauperis* is **GRANTED**.  Plaintiff does not appear to have
18  funds available to afford the $250.00 filing fee.
19      The clerk is directed to issue summonses submitted by plaintiff to enable plaintiff to properly serve
20  copies of the complaint on the appropriate parties.  Plaintiff shall note that it is her responsibility to
21  properly serve copies of the complaint along with appropriate summons as required by Rule 4 of the
22  Federal Rules of Civil Procedure.
23      DATED this 1st day of November, 2005.
24
25
                    /s/   J. Kelley Arnold
26                  J. Kelley Arnold
                    U.S. Magistrate Judge
27
28

ORDER
Page - 1