MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICKIE L. ECKERLE,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C05-5682FDB<br><br>ORDER FOR EXTENSION |

Based on the Stipulation of the parties and the Declaration of Karen Stolzberg, it is hereby

ORDERED that Plaintiff shall have until April 29, 2006, to file Plaintiff's opening brief, Defendant shall have until May 27, 2006, to file Defendant's responsive brief, and that Plaintiff shall have until June 17, 2006, to file a reply brief.

1
2   ///
3   ///
4   DATED this 27th day of March, 2006.
5
6                                          **/s/ J. Kelley Arnold**
                                           UNITED STATES MAGISTRATE JUDGE
7
8   Presented by:
9
10  s/ Karen Stolzberg
    Attorney for Plaintiff
11  11830 SW Kerr Parkway #315
    Lake Oswego, OR 97035
12  Telephone: (503) 251-0707
    FAX: (503) 251-0708
13
14  kstolzberg@juno.com
15
16
17
18
19
20
21
22
23
24
25
26
27
28